No. 00–1474.  ROBINSON *v.* ALBRIGHT ET AL.  C. A. 4th Cir. Certiorari denied.

No. 00–1475.  GLASS ENTERPRISES, INC. *v.* ARSENAL, INC. Super. Ct. Pa.  Certiorari denied.

No. 00–1478.  HARTER ET AL. *v.* VERNON ET AL.  Ct. App. N. C.  Certiorari denied.

No. 00–1485.  SORTMAN *v.* PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 00–1490.  BRUNDAGE *v.* UNITED STATES INFORMATION AGENCY ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 00–1495.  ABOU-SAKHER *v.* TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 00–1513.  SCHULZE *v.* COURT OF COMMON PLEAS, ERIE COUNTY, PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 00–1515.  BANKS ET UX. *v.* STONEYBROOK APARTMENTS. C. A. 4th Cir.  Certiorari denied.

No. 00–1516.  ALLISON ET UX. *v.* UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 00–1523.  BABER *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 00–1529.  KONTNY ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–1548.  UNANUE ET AL. *v.* GOYA FOODS, INC.; and
No. 00–1549.  UNANUE-CASAL, AKA UNANUE *v.* GOYA FOODS, INC.  C. A. 1st Cir.  Certiorari denied.  Reported below: 233 F. 3d 38.

No. 00–1551.  MCINTOSH *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 00–1565.  NICHOLSON *v.* UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.